FILED
VANESSA L ARMSTRONG, CLERK

JUN 17 2020

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                            PLAINTIFF

vs.

JEAN-PIERRE CROWDUS                           3:20-cr-57-JRW
FREDERICK D. EAVES IV
CHANNEL LEWIS                                                       DEFENDANT

## NOTICE OF ENTRY OF APPEARANCE

Assistant United States Attorney Frank E. Dahl III hereby enters his appearance of record on behalf of the United States of America.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

_____
Frank E. Dahl III
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-6772
FAX:   (502) 582-5067
Email: Frank.Dahl@usdoj.gov